United States District Court
Northern District of California

DANIEL KANE, et al.,

        Plaintiffs,

   v.

KENNETH W. DELONG, et al.,

        Defendants.

Case No.: CV 13-05021-KAW

ORDER TERMINATING MOTIONS TO DISMISS

(Dkt. Nos. 9 & 12)

On November 25, 2013, Defendants Kenneth W. Delong and Femtosoft Technologies, LLC filed a motion to dismiss the first and second causes of action. (Dkt. No. 9.) On November 26, 2013, Defendant Swamp Optics, LLC filed a motion to dismiss the third and fourth causes of action. (Dkt. No. 12.) On December 9, 2013, Plaintiffs filed an amended complaint. (Dkt. No. 17.)

Under Rule 15(a)(1)(B), a party may amend its pleading once as a matter of course after being served with a motion under Rule 12(b). Accordingly, the Court terminates the pending motions to dismiss, as the operative complaint is now the amended complaint.

IT IS SO ORDERED.

Dated: December 17, 2013

                                            KANDIS A. WESTMORE
                                            United States Magistrate Judge