```
 1  WILLIAM H. WRIGHT (STATE BAR NO. 161580)
    wwright@orrick.com
 2  MICHAEL D. OWENS (STATE BAR NO. 266191)
    mowens@orrick.com
 3  ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 S. Figueroa Street, Suite 3200
 4  Los Angeles, California  90017
    Telephone:    +1-213-612-2478
 5  Facsimile:    +1-213-612-2499

 6  Attorneys for Plaintiffs DANIEL J. KANE and MESA
    PHOTONICS, LLC
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| DANIEL J. KANE, an individual residing in Santa Fe, New Mexico, and MESA PHOTONICS, LLC, a limited liability company organized under the laws of New Mexico,<br><br>            Plaintiffs,<br><br>    v.<br><br>KENNETH W. DELONG, an individual residing in Pleasanton, California, FEMTOSOFT TECHNOLOGIES, LLC, a California limited liability company, SWAMP OPTICS, LLC, a Georgia limited liability company.<br><br>            Defendants. | Case No. 4:13-cv-5021-KAW<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FEMTOSOFT'S RULE 11 MOTION<br><br>Date:<br>Time:<br>Room: Courtroom 4<br><br>Magistrate Judge: Hon. Kandis Westmore |

Having considered the stipulation to extend time, and good cause appearing, the motion is hereby GRANTED.

The previous dates related to Femtosoft's Rule 11 motions (Dkt. 32) are hereby stricken and the following new dates are hereby ordered:

|  | Original Date | Requested Date |
| --- | --- | --- |
| Plaintiffs' Response | 2/11/2014 | 1 week after the Court issues an order on Femtosoft's pending motion to dismiss (Dkt 20). |
| Femtosoft's Reply | 2/18/2014 | 1 week after Plaintiffs' response is due. |
| Motion Hearing | 3/20/2014 | The Court's next available motion hearing date at least three weeks after Femtosoft's reply is due. |

Date: 2/3/14

_____
UNITED STATES MAGISTRATE JUDGE
KANDIS A. WESTMORE